Michael D. Meadows (State Bar No. 62110)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET TRETOLA,<br><br>    Plaintiff,<br><br>vs.<br><br>INTUIT, INC.<br><br>    Defendants. | **Civil Action No.: C14-04734 NC**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br><br>**Honorable Nathanael Cousins** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Margaret Tretola and Defendant Intuit, Inc. file this Joint Stipulation of Dismissal with Prejudice, and stipulate as follows:

    1.    Plaintiff hereby dismisses, with prejudice, all claims that were or could have been asserted against Defendants in this action.

//

//

//

//

---

*Tretola v. Intuit, Inc.*
Joint Stipulation and ~~Proposed~~ Order of Dismissal

Page 1

1    2.    Each party will bear its own attorneys' fees and costs.

2  Respectfully submitted,

3  /s/ Michael D. Meadows

4  MICHAEL D. MEADOWS
   CASPER, MEADOWS, SCHWARTZ & COOK
5  A PROFESSIONAL CORPORATION
   California Plaza
6  2121 North California Boulevard, Suite 1020
   Walnut Creek, California  94596
7  meadows@cmslaw.com

8

9  /s/ Stephanie D. Ahmad
   STEPHANIE D. AHMAD (SBN 284080)
   GREENBERG TAURIG LLP
10 4 Embarcadero Center, Suite 3000
   San Francisco, CA 94111-1809
11 ahmads@gtlaw.com

12
                                    ORDER
13
   IT IS SO ORDERED.
14

15

16 Dated:   January 14, 2015
                                              _____
17                                              Hon. Nathanael M. Cousins

GRANTED
Judge Nathanael M. Cousins

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Tretola v. Intuit, Inc.*                                                   Page 2
Joint Stipulation and ~~Proposed~~ Order of Dismissal